# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

Appeal No. & Caption: *South Carolina State Conference of the NAACP v. South Carolina Department of Juvenile Justice*, Appeal No. 25-1032

Please select the appropriate option below:

☑ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☐ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

Signature: D. Allen Chaney Jr. Counsel for: South Carolina State Conference of the NAACP; Disability Rights South Carolina; Justice 360

Date: June 18, 2026

**File using event:** RESPONSE/ANSWER (to Similar Case notice)